# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

162286(27)

ANGELIC JOHNSON, and LINDA LEE
TARVER,
        Petitioners,

V                               SC: 162286

SECRETARY OF STATE, CHAIRPERSON
OF THE BOARD OF STATE CANVASSERS,
BOARD OF STATE CANVASSERS, and
GOVERNOR,
        Respondents.
_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney William B. Stafford to appear and practice in this case under MCR 8.126(A) is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2020          

                                     Clerk